Mark T. Clausen (Calif. SB #196721)
Attorney at Law
3116 Albany Circle
Davis, CA 95618
Telephone: (707) 235-3663
Facsimile: (707) 542-9713
Email: MarkToddClausen@yahoo.com

Attorney for plaintiff Wallace Francis, Esq., as Guardian Ad Litem for April Wagner

**U.S. DISTRICT COURT**
**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALLACE FRANCIS, ESQ., AS GUARDIAN AD LITEM FOR APRIL WAGNER,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL A. NAVONE, et al.<br><br>    Defendants. | Case No. 3:17-cv-04109-WHA<br><br>STIPULATION AND ORDER DISMISSING DEFENDANT MTC FINANCIAL INC. dba TRUSTEE CORPS., AND THE THIRD AND FOURTH CAUSES OF ACTION OF THE COMPLAINT, AND REMANDING THE CASE TO STATE COURT |

The parties, by and through their respective attorneys of record, hereby stipulate to this order.

1. This case was removed by the defendant s from Sonoma County Superior Court to this Court based on the federal claims stated in the Third and Fourth Causes of Action of the Complaint.

2. The Third and Fourth Causes of Action are hereby dismissed with prejudice. The parties shall each bear their own attorneys fees and costs in connection with the dismissed claims.

3. Defendant MTC Financial Inc, dba Trustee Corps, is hereby dismissed with prejudice, with Plaintiffs' and Trustee Corps' waiver of attorney fees and costs incurred in this action to date as to each other.

4. The case is remanded to the Sonoma County Superior Court. The Clerk Shall close the File.

IT IS SO ORDERED.

Date: September 26, 2017.   By: _____
Judge of the United States District Court,
Northern District of California

- 1 -